STATE of Missouri, Respondent,

v.

Devotion BAKER, Appellant.

No. WD 52395.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant claims the trial court erred in not overruling comments made by the prosecution during questioning of state's key witness. Appellant was jury tried and convicted on two counts of first degree burglary (eighteen years each—to be served concurrently) and two counts of first degree robbery (eighteen years concurrent, but consecutive to burglary counts), and was sentenced as a prior and persistent offender. Judgement affirmed. Rule 30.25(b)

STATE of Missouri, Respondent,

v.

George FERINA, Appellant.

No. WD 50893.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appellant George Ferina appeals his conviction for robbery in the first degree claiming that his right to due process was violated by the trial court's submission of a jury instruction defining reasonable doubt as doubt that leaves the jury firmly convinced of the defendant's guilt. Mr. Ferina also appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief alleging that his trial counsel was ineffective in failing to further cross-examine witnesses and conduct unspecified further investigation. Our review of the record reveals no reversible error in any of the respects specified. Because a published opinion would have no precedential value, we affirm by this summary order. We have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 30.25(b); Rule 84.16(b).